UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
BOTWINIK, BERNARD S.    Case No. 10-44038 SP
                        Chapter 7
STEVENS, BERNIE         HON. PHILLIP J SHEFFERLY

                               Debtor(s).                      /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Citibank, NA | #6 | $1.47 |

Dated: November 19, 2010    */s/ Karen E. Evangelista (P36144)*
                                                           Karen E Evangelista, Trustee
                                                           439 S. Main St., Suite 250
                                                           Rochester, MI 48307
                                                           (248) 652-7992
                                                           Kee1008_tee@sbcglobal.net